**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **Plaintiff,** | **Case No. 2:11-cr-175** |
| **v.** | **Judge Peter C. Economus** |
| **KENNETH ROSS,** | **ORDER** |
| **Defendant.** | |

There being no objections, the Court hereby **ADOPTS** the Magistrate Judge's Report and Recommendation (Dkt. 24) that Defendant Kenneth Ross's plea agreement and guilty plea be accepted. The Court accepts Defendant Ross's plea of guilty to Count 1 of the indictment, on which Defendant is hereby adjudged guilty.

**IT IS SO ORDERED.**

                                            **/s/ Peter C. Economus  -  March 15, 2012**
                                            **UNITED STATES DISTRICT JUDGE**